IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BRIGNOLA, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-3884 |
| v. | : | |
| HOME PROPERTIES, L.P., *et al.*, | : | |
| Defendants. | : | |

FILED
APR 26 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## **ORDER**

AND NOW, this 25th day of April, 2013, upon consideration of the Motions to Dismiss of Defendants Fair Collections & Outsourcing, Inc.("FCO") (Dkt. No. 53) and Defendants Home Properties, L.P. ("Home") and William Henry, LLC ("Henry") (Dkt. No. 54) and the responses thereto, it is hereby ORDERED that said Motions are GRANTED in part and DENIED in part as follows:

1. Count I as to Defendants Home and Henry is DISMISSED WITH PREJUDICE;

2. Counts III, IV, V, VI, VII, VIII, and IX as to Defendants FCO, Home, and Henry are DISMISSED WITH PREJUDICE; and

3. The Motions are DENIED in all other respects.

BY THE COURT:

_____
C. DARNELL JONES, II    J.